| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for Debtor(s)* <br> ☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re: | CASE NO.: <br> CHAPTER: 13 |
|---|---|
| | **DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE** <br> **[11 U.S.C. § 506(d)]** |
| | DATE: <br> TIME: <br> COURTROOM: <br> PLACE: |
| Debtor(s). | |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** _____
_____

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

    *Street Address:* _____
    *Unit Number:* _____
    *City, State, Zip Code:* _____

Legal description or document recording number (including county of recording):

☐ See attached page.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                                       Page 1                                                            **F 4003-2.4.MOTION**

**B. Case History**:

    **1.**    A voluntary petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☐ 13 was filed on: _____

    **2.**    ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

    **1.**   As of_____, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

        i. _____ in the amount of $_____.

        ii. _____ in the amount of $ _____  ☐ is ☐ is not to be avoided;

        iii. _____ in the amount of $ _____  ☐ is ☐ is not to be avoided;

        ☐ See attached page for additional lien(s).

    **2.**   As of _____, Property is worth no more than $ _____.

        a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

    **3.**   **Evidence in Support of Motion:**

        a. ☐ The amount of the lien identified in paragraph C(1)(i) is based on_____, attached hereto and identified as Exhibit ___ .

        b. ☐ The amount of the lien identified in paragraph C(1)(ii) is based on _____, attached hereto and identified as Exhibit ___ .

        c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on_____, attached hereto and identified as Exhibit ___ .

        d. ☐ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit ___.

        e. ☐ The value of the Property from paragraph C(2) is based on_____, attached as

        f. ☐ Exhibit_____ .

        g. ☐ Debtor submits the attached Declaration(s).

        h. ☐ Other evidence *(specify)*: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 2    **F 4003-2.4.MOTION**

4. **WHEREFORE**, **Debtor prays that this Court issue an Order granting the following relief:**

   a. That the Property is valued at no more than $_____.

   b. That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   c. That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

   d. That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   e. That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

   f. That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5. ☐ See attached continuation page for additional provisions.

Dated: _____    Respectfully submitted,

By: _____
*Signature of Debtor or Attorney for Debtor*

Name: _____
*Type Name of Debtor or Attorney for Debtor*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 3    **F 4003-2.4.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:


I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Date_       _Type Name_       _Signature_

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| *Name of 1st Name of 1st Lien Holder & Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
|---|---|---|
| *Name of 1st Lien Holder- Agent for Service of Process* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Name of 1st Lien Holder – Servicing Agent* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

| *Name of 2nd Lien Holder & Address* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
|---|---|---|
| *Name of 2nd Lien Holder- Agent for Service of Process* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Name of 2nd Lien Holder – Servicing Agent* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

| | | |
|---|---|---|
| *Name of 3rd Lien Holder & Address* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Name of 3rd Lien Holder- Agent for Service of Process* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Name of 3rd Lien Holder – Servicing Agent* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

| | | |
|---|---|---|
| *Alternative/Additional Address* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |
| *Alternative/Additional Address* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____<br>   _____ |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*　　　　　　　　　　　　　　　　　　　　Page 6　　　　　　　　　　　　　　　　　　**F 4003-2.4.MOTION**

LEGAL DESCRIPTION

6 CHAUMONT CIRCLE
FOOTHILL RANCH, CA 92610


A CONDOMINIUM COMPRISED OF:

PARCEL 1:
UNIT 145, CONSISTING OF CERTAIN AIRSPACE AND SURFACE ELEMENTS, IN 11iE CITY OF LAKE FOREST, COUNTY OF ORANGE, STATE OF CAUFORNIA, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN RECORDED SEPTEMBER 21, 1994 AS INSTRUMENT NO. 94-0572772 OF OFFIOAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:
AN UNDMDEO ONE TWENTIETH (1/20TH) FEE SIMPLE INTEREST, AS A TENANT IN COMMON, IN AND TO PARCEL II, AS SHOWN ON EXHIBIT "B" ATTACHED TO LOT UNE ADJUSTMENT NO. II 91-037 RECORDED NOVEMBER 13, 1991 AS INSTRUMENT NO. 91-618789 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA. EXCEPTING THEREFROM ALL OF THE UNITS AS SHOWN ON THE CONDOMINIUM PLAN. RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND OTIERS, EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, MAINTENANCE, REPAIR, ENCROACHMENT, DRAINAGE, AND OF OTHER PURPOSES, ALL AS SHOWN IN THE CONDOMINIUM PLAN, AND/OR DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, COMMONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR FOOTHILL RANCH ("MASTER DECLARATION") RECORDED MARCH 26, 1990 AS INSTRUMENT NO. 90-156802 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, IN THE AMENDED AND RESTATED NOTICE OF ANNEXATION AND SUPPLEMENTAL DECLARATION OF COVENANTS, COMMONS AND RESTRICTIONS FOR A PHASE OF DEVELOPMENT OF FOOTHILL RANCH, SALERNO AT PROVENCE- PHASE 2 RECORDED SEPTEMBER 21, 1994 AS INSTRUMENT NO. 94-0572773 C'SUPPLEMENTAL DECLARATION") OF SAID OFFICIAL RECORDS, IN THE DECLARATION OF COVENANTS, COMMONSS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SALERNO AT PROVENCE RECORDED FEBRUARY 28, 1992 AS INSTRUMENT NO. 92-121148, AS AMENDED PURSUANT TO THAT CERTAIN FIRST AMENDMENT RECORDED MAY 21, 1992 AS INSTRUMENT NO. 92-338720 AND THAT CERTAIN SECOND AMENDMENT RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NO. 92-589211 (COLLECTIVELY THE "DECLARATION"), AND THE AMENDED AND RESTATED NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, COMMONS AND RESTRICTIONS FOR SALE RNO AT PROVENCE- PHASE 2, RECORDED SEPTEMBER 21, 1994 AS INSTRUMENT NO. 94-0572774 THE "NOTICE" ALL OF SAID OFFICIAL RECORDS.

PARCEL 3:
NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, MAINTENANCE, REPAIRS, ENCROACHMENT, DRAINAGE, AND OR OTHER PURPOSES, ALL AS MAY BE SHOWN IN THE PLAN,A AND AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENT FOR FOOTHILL RANCH (MASTER DECLARATION) RECORDED MARCH 26, 1990 AS INSTRUMENT NO. 90-156802 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, THE AMENDED AND RESTATED NOTICE OF ANNEXATION AND SUPPLEMENTAL DECLARATION OF COVENANTS, COVENANTS AND RESTRICTIONS FOR A PHASE OF DEVELOPMENT OF FOOTHILL RANCH, SALERNO AT PROVENCE- PHASE 2 RECORDED SEPTEMBER 21, 1994 AS INSTRUMENT NO. 94-0572773 ("SUPPLEMENTAL DECLARATION") OF SAID OFFICIAL RECORDS, IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SALERNO AT PROVENCE RECORDED FEBRUARY 28, 1992 AS INSTRUMENT NO. 92-121148, AS AMENDED PURSUANT TO THAT CERTAIN FIRST AMENDMENT RECORDED MAY 21, 1992 AS INSTRUMENT NO. 92-338720 AND THAT CERTAIN SECOND AMENDMENT RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NO. 92-589211 (COLLECTIVELY THE "DECLARATION "), AND THE AMENDED AND RESTATED NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONSS FOR SALE NO AT PROVENCE- PHASE 2 RECORDED SEPTEMBER 21, 1994 AS INSTRUMENT NO. 94-052774 (THE "NOTICE"), ALL OF SAID OFFICIAL RECORDS.

PARCEL 4:
EXCLUSIVE EASEMENTS OVER CERTAIN EXCLUSIVE USE COMMON AREA IN PARCEL 11 FOR (1) IF APPLICABLE, AS SHOWN AND ASSIGNED IN THE CONDOMINIUM PLAN I AND (2) PATIO PURPOSES, IF APPLICABLE, AS SHOWN AND ASSIGNED IN THE NOTICE.