## United States Bankruptcy Court
### Central District of California

In re  __Lisa C. Winn__ _____

_____
Debtor(s)

Case No.    __8:10-bk-21447__

Chapter    __13__

## NOTICE OF CONTINUED HEARING Re MOTION TO AVOID JUNIOR LIEN

ORIGINAL DATE / TIME:    January 13, 2011 @ 3:00 PM

NEW DATE / TIME:    February 10, 2011 @ 9:00 AM

TO THE CREDITORS, THE CHAPTER 13 TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

PLEASE TAKE NOTICE that the Confirmation Hearing in said case, is continued to February 10, 2011 at 9:00 AM, Courtroom 5D, 411 W. 4th Street, Santa Ana, California 92701.

Date __January 14, 2011__ _____

Signature _____
Stuart A. McKenzie
Attorney

## United States Bankruptcy Court
### Central District of California

In re   **Lisa C. Winn**
_____
Debtor(s)

Case No.   **8:10-bk-21447**
Chapter    **13**

## PROOF OF SERVICE BY MAIL

I, Stuart A. McKenzie, declare that I am a resident of or employed in the County of Orange, State of California My address is 9042 Garfield Avenue, #312, Huntington Beach, California 92646. I am over the age of eighteen years of age and am not a party to this case.

On January 14, 2011, I served the 1. Notice of Continuance, and 2. Declaration of Peggy M. Dern, on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Huntington Beach, California addressed as follows:

Brian Moynihan, CEO
Bank of America Corp.
100 N Tryon St.
Charlotte, NC 28255

Bank Of America Corp
c/o CT Corporate Systems
818 W. 7th St.
Los Angeles, CA 90017

JAMIE DIMON, CEO
JP MORGAN CHASE BANK
270 Park Avenue
New York, NY 10017-2036

JP Morgan Chase Bank
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Chase Home Finance
2901 Kinwest Parkway
Irving, Texas 75063-5812

CHASE HOME FINANCE LLC
ATTN: BANKRUPTCY DEPT.
7255 Bay Meadows Way
Jacksonville, FL 32256-6851

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 17, 2011.

**Stuart A. McKenzie, Attorney for Debtor**